**NOTICE OF CHANGE OF ADDRESS**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

RECEIVED AND FILED
MAR 02 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

In re:

**STAY, LLC,**

Debtor.

Case No.: **26-50163-hlb**

Chapter 11

---

**NOTICE OF CHANGE OF ADDRESS FOR CREDITOR DON MYRAH**

PLEASE TAKE NOTICE that creditor **Don Myrah**, who filed Proof of Claim No. 1 in the above-captioned case, hereby notifies the Court and all interested parties of a change in mailing and notice information.

Creditor is no longer represented by BPE Law Group, and any prior reference to BPE Law Group as "c/o" address for notices should be disregarded.

All future notices, pleadings, correspondence, and payments relating to this case should be directed solely to:

**Don Myrah**
5291 Kentfield Dr.
San Jose, CA 95124
Phone: 408-655-5532
Email: myrahrentals@gmail.com

Dated: February 25, 2026

Respectfully submitted,

Don Myrah
Creditor, Pro Se